**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIOK LAN KWEE,

    Petitioner,　　　　　　　　　　No. C 05-1664 PJH

    v.　　　　　　　　　　　　　　**ORDER DISMISSING PETITION**

ALBERTO R. GONZALES,

    Respondent.

_____/

    Based on the petitioner's notice of non-opposition to respondent's motion to dismiss the petition due to the Board's reopening of the case, the motion is GRANTED and the petition is DISMISSED.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 22, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge